# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153345(86)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC:  153345
                                     COA:  325741
                                     Genesee CC:  13-032654-FC

KENYA ALI HYATT,
      Defendant-Appellant.

_____/

      On order of the Court, the motion to amend the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals is considered, and it is GRANTED. The defendant shall file his amended application within 35 days of the date of this order.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2016



Clerk

a0906